# FIFTH DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

———————————————

Case No. 5D2023-3578
LT Case No. 2022-CF-000642-A

———————————————

CHRISTOPHER SHAWN HARRIS,

    Appellant,

    v.

STATE OF FLORIDA,

    Appellee.

———————————————

On appeal from the Circuit Court for Seminole County.
Jessica J. Recksiedler, Judge.

Matthew J. Metz, Public Defender, and Louis A. Rossi, Assistant
Public Defender, Daytona Beach, for Appellant.

Ashley Moody, Attorney General, Tallahassee, and Daniel P
Caldwell, Assistant Attorney General, Daytona Beach, for
Appellee.

August 13, 2024

PER CURIAM.

    AFFIRMED.

WALLIS, LAMBERT, and JAY, JJ., concur.

*_____*

*Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.*

*_____*